```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

   -v-

GEORGE STUBOS and DORI-ANN STUBOS,

               Defendants.

------------------------------------------------------------------X

22-cv-4674 (LJL)

<u>UNSEALING ORDER</u>

LEWIS J. LIMAN, United States District Judge:

    The Court previously filed the Temporary Restraining Order in this matter under seal. Records Management is respectfully directed to upload the Court's sealed order at Dkt. No. 13 on the ECF system.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                           United States District Judge